Jason A. Neville, W.S.B. #6-3433
Erica R. Day, W.S.B. #7-5261
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Ste. 400
P. O. Box 10700
Casper, WY 82602
Phone: 307.265.0700
Facsimile: 307.266.2306
Email: jneville@wpdn.net

Billie L.M. Addleman, W.S.B. # 6-3690
HIRST APPLEGATE, LLP
1720 Carey Ave., Ste. 440
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone:  307.632.0541
Fax: 307.632.4999
Email: baddleman@hirstapplegate.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLACK CARD, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 15-CV-27-S |
| VISA U.S.A., INC., JOHN DOE CORPORATIONS I-X, and JOHN DOES I-X | ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S JURY DEMAND

COMES NOW Plaintiff Black Card, LLC and hereby respectfully requests that all claims for relief be tried to a civil jury of six (6).

DATED this 24th day of February 2015.

**PLAINTIFF BLACK CARD, LLC**


___/s/ Jason A. Neville_____
Jason A. Neville, W.S.B # 6-3433
Erica R. Day, W.S.B. #7-5261
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Ste. 400 (82601)
P.O. Box 10700
Casper, WY 82602
Phone: 307.265.0700
Fax: 307.266.2306
Email: jneville@wpdn.net


Billie L.M. Addleman, W.S.B. #6-3690
HIRST APPLEGATE, LLP
1720 Carey Ave., Ste. 440
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: 307.632.0541
Fax: 307.632.4999
Email: baddleman@hirstapplegate.com